IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HART | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| WILLIAM LAWTON | : | NO. 13-3363 |

## O R D E R

**AND NOW**, this 15th day of October, 2014, upon consideration of the Petition for Writ of Habeas Corpus, inclusive of all exhibits thereto, the Commonwealth's Responses, inclusive of all exhibits thereto, the Petitioner's Traverse, the other documents filed by the parties, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED and ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing.

4. Petitioner has neither shown a denial of federal constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE